No. 655. MARGARET C. LYNCH, EXECUTRIX OF E. J. LYNCH, COLLECTOR, ETC., v. TILDEN PRODUCE COMPANY. November 20, 1922. Petition for a writ of certiorari to

the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. G. Noble Jones* for petitioner. No appearance for respondent.